Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Reilley Keating, OSB No. 073762
reilley.keating@stoel.com
Reed W. Morgan, OSB No. 140664
reed.morgan@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

      Attorneys for Plaintiff

Kathleen C. Bricken, OSB No. 942660
kbricken@gsblaw.com
Patrick J. Conti, OSB No. 141308
pconti@gsblaw.com
GARVEY SCHUBERT BARER, P.C.
121 SW Morrison Street, 11th Floor
Portland, Oregon 97204-3141
Telephone:  503.228.3939
Facsimile:  503.226.0259

      Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DULCICH, INC., an Oregon corporation, dba THE PACIFIC SEAFOOD GROUP,<br><br>      Plaintiff,<br><br>      v.<br><br>USI INSURANCE SERVICES NATIONAL, INC. f/k/a WELLS FARGO INSURANCE SERVICES USA, INC., a North Carolina corporation,<br><br>      Defendant. | Case No. 3:18-cv-01089-MO<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

Page   1   -   **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate that this case has been resolved and may be dismissed with prejudice, without costs or attorneys' fees to any party, and with no right of appeal.

DATED: April 24, 2019.

| GARVEY SCHUBERT BARER, P.C. | STOEL RIVES LLP |
|---|---|
| /s/ Patrick J. Conti<br>Kathleen C. Bricken, OSB No. 942660<br>kbricken@gsblaw.com<br>Patrick J. Conti, OSB No. 141308<br>pconti@gsblaw.com<br>121 SW Morrison Street, 11th Floor<br>Portland, Oregon 97204-3141<br>Telephone: 503.228.3939<br>Facsimile: 503.226.0259<br>Attorneys for Defendant | /s/ Reed W. Morgan<br>Timothy W. Snider, OSB No. 034577<br>timothy.snider@stoel.com<br>Reilley Keating, OSB No. 073762<br>reilley.keating@stoel.com<br>Reed W. Morgan, OSB No. 140664<br>reed.morgan@stoel.com<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Tel: (503) 224-3380<br>Attorneys for Plaintiff |